STATE OF NEW JERSEY v. OLIVER DONALDSON.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALVIN BARRINO.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM E. JONES.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE WHITE.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME REDDING.

July 2, 1984.

Petition for certification denied.